UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | | |
|---|---|---|
| DAVID NOEL, | | |
| Plaintiff, | CIV. NO. S-07-00728 WBS KJM | |
| vs. | | |
| CITY OF OROVILLE, LIZ EHRENSTROM, SHARON ATTEBERRY, ERIC TEITELMAN AND DOES 1 THROUGH 1,000, INCLUSIVE, | RELATED CASE ORDER | |
| Defendants. | | |
| _____/ | | |
| CHRISTINE LASIK, | | |
| Plaintiff, | CIV. NO. S-07-01714 MCE KJM | |
| vs. | | |
| CITY OF OROVILLE, PAT GRIFFIN-CLARK, LIZ EHRENSTROM, SHARON ATTEBERRY, ERIC TEITELMAN, AND DOES 1 THROUGH 1,000, INCLUSIVE, | | |
| Defendants. | | |
| _____/ | | |
| AND RELATED CROSS-CLAIMS. | | |
| _____/ | | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule

1  123(a) (E.D. Cal. 1984).  All of the parties to <u>Noel v. City of</u>
2  <u>Oroville</u>, Civ. No. S-07-00728 WBS KJM, are also parties in <u>Lasik</u>
3  <u>v. City of Oroville</u>, Civ. No. S-07-1714 MCE KJM, and both cases
4  involve substantially identical legal and factual claims by the
5  plaintiffs (i.e., disability discrimination and failure to
6  accommodate) and by the City (i.e., that neither employee is
7  covered by the statutes and neither employee is entitled to the
8  accommodations they demand). Accordingly, the assignment of the
9  matters to the same judge is likely to effect a substantial
10 saving of judicial effort and is also likely to be convenient
11 for the parties.
12         The parties should be aware that relating the cases
13 under Local Rule 123 merely has the result that both actions are
14 assigned to the same judge; no consolidation of the actions is
15 effected.  Under the regular practice of this court, related
16 cases are generally assigned to the judge and magistrate to whom
17 the first filed action was assigned.
18         IT IS THEREFORE ORDERED that the actions denominated
19 <u>Lasik v. City of Oroville</u>, Civ. No. S-07-01714 MCE KJM and <u>Noel</u>
20 <u>v. City of Oroville</u>, Civ. No. S-07-00728 WBS KJM, and related
21 cross-claims should be, and the same hereby are, deemed related
22 and the case denominated <u>Lasik v. City of Oroville</u>, Civ. No.
23 S-07-01714 MCE KJM shall be reassigned to the Honorable WILLIAM
24 B. SHUBB and Magistrate Judge Kimberly J. Mueller for all
25 further proceedings. Any dates currently set in the reassigned
26 case <u>only</u> are hereby VACATED.  Henceforth, the caption on
27 documents filed in the reassigned case shall be shown as <u>Lasik</u>
28 <u>v. City of Oroville</u>, Civ. No. S-07-01714 WBS KJM.

1    IT IS FURTHER ORDERED that the Clerk of the Court
2 make appropriated adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4 DATED: October 10, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE