UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE LASIK, | Case No. 2:07-CV-01714-WBS-KJM |
| Plaintiffs, | **ORDER EXTENDING TIME TO FILE RESPONSE TO COUNTER COMPLAINT** |
| v. | |
| CITY OF OROVILLE et al. | |
| Defendants. | [~~PROPOSED~~] |
| AND RELATED COUNTER ACTION | |

**HAVING CONSIDERED the Stipulation for an extension of time to file response to City of Oroville's counter-complaint, and GOOD CAUSE APPEARING THEREFOR,**

**IT IS HEREBY ORDERED that CHRISTINE LASIK shall have up to and including November 8, 2007, to file her response to the counter-complaint filed herein.**

**IT IS SO ORDERED.**

**Dated: October 30, 2007**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

_____
**Order Granting Extension of Time
to File Response to Counter-Complaint**